CHARLES BENDA, Respondent, *v.* FRANCIS KEIL et al., Appellants.

APPEAL from judgment entered upon a verdict and from an order denying defendants' motion for a new trial.

Adam E. Schatz (Edward E. McCall, of counsel), for appellants.

F. W. Catlin, for respondent.

HASCALL, J. It seems to me that the verdict was clearly against the weight of evidence in this case, and that the jury arrived at its conclusion on the theory that there was *some* evidence to support the claim of plaintiff, and would, therefore, be justified in expressing a sympathetic feeling for him. This, of course, could not uphold such a determination. Baulec v. N. Y. & H. R. R. Co., 59 N. Y. 366.

If any danger existed in the occupation of the injured person, he knew of it, and assumed the risk that was apparent. The testimony shows that he, best of all, was acquainted with the exact condition of his surroundings, and, if the conditions were as plaintiff contends, was certainly careless in his operations. Crown v. Orr, 140 N. Y. 452.

Judgment and order reversed and a new trial ordered, with costs to abide the event.

McCARTHY, J., concurs.

Judgment and order reversed and new trial ordered, with costs to abide event.

---

JOHN PODMORE, Administrator, etc., of Annie Podmore, Deceased, Appellant, *v.* THE BANK FOR SAVINGS, Respondent.

APPEAL from order requiring plaintiff to give security for costs.

Hymes, Woytisck & Schaap (Michael Schaap and Edward Hymes, of counsel), for appellant.

Strong & Cadwalader, for respondent.

HASCALL, J.   Before arguing this appeal upon its merits, a motion to dismiss the same was brought to the attention of the court upon general grounds, the principal one of which was alleged *laches*, and a subsidiary one which appears to be indisposition of the respondent to accept inevitable results.   That motion is denied.

Under the decision of the Appellate Term in Podmore v. Seamen's Bank for Savings upon authority of Pursley v. Rodgers, 44 App. Div. 139, which of course bind us, the order appealed from cannot stand.

Order reversed, with ten dollars costs and disbursements of appeal.

McCARTHY, J., concurs.

Order reversed, with ten dollars costs.